Gunnar O. Boose
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
goboose@garlington.com

Jessica R. MacGregor *(Pro Hac Vice Pending)*
465 California St, 5th Floor
San Francisco, CA 94104
Phone (415) 397-2222
Fax (415) 397-6392
jmacgregor@longlevit.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In re Subpoena to:<br><br>WILLIAM PAATALO,<br>Non-Party Movant | 9:26-MC-00001-DWM<br><br>DEFENDANTS' RULE 7.1 NOTICE OF INTERESTED PARTIES |

Pursuant to Local Rule 7.1-1 Defendants Steven Wilker and Tonkon Torp, LLP, hereby file this Notice of Interested Parties.

In addition to the parties in the underlying matter and movant Paatalo, Defendants hereby disclose that Oregon State Bar Professional Liability Fund has

accepted Defendant's tender of defense and is providing a defense in the underlying matter.

DATED this 6th day of February, 2026.

/s/ Gunnar O. Boose
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, a copy of the foregoing document was served on the following persons by the following means:

________ Hand Delivery
___1___ Mail
________ Overnight Delivery Service
________ Fax (include fax number in address)
________ E-Mail (include email in address)

1. William J. Paatalo
476 LaBrie Dr
Whitefish, MT 59937
*Plaintiff, Pro Se*

/s/ Madison T. Y. Stone