Gunnar O. Boose
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
goboose@garlington.com

Jessica R. MacGregor *(Pro Hac Vice)*
465 California St, 5th Floor
San Francisco, CA 94104
Phone (415) 397-2222
Fax (415) 397-6392
jmacgregor@longlevit.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In re Subpoena to:<br><br>WILLIAM PAATALO,<br>Non-Party Movant | 9:26-MC-00001-DWM<br><br>DEFENDANTS' MOTION TO COMPEL FORENSIC EXAMINATION OF ELECTRONICALLY STORED INFORMATION |

Steven Wilker and Tonkon Torp, LLP (collectively, "Defendants"), by and through their counsel of record, hereby respectfully move this Court, under Rules 37 and 45 of the Federal Rules of Civil Procedure, for an order compelling William

Paatalo ("Mr. Paatalo") to allow a forensic examination of his Gmail accounts and to cooperate with Defendants in providing access for a data extraction of all emails and communications responsive to Defendants' document subpoena (Doc. p3-5).

Defendants also respectfully request this Court enter an order awarding Defendants' costs and attorneys' fees in relation to Mr. Paatalo's ongoing contemptuous refusal to produce documents which this Court has ordered Mr. Paatalo to produce, including the fees and costs associated with the present Motion and the costs and fees associated with conducting a forensic examination of Mr. Paatalo's Gmail accounts.

Based on Mr. Paatalo's deficient productions and ongoing contempt, it is presumed that Mr. Paatalo opposes this Motion.

A brief in support of this Motion, the discovery sought, and the Fourth Foundational Declaration of Jessica R. MacGregor is filed concurrently herewith.

DATED this 8th day of May, 2026.

/s/ Gunnar O. Boose
Attorneys for Defendants

/s/ Jessica R. MacGregor
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| ________ | Hand Delivery |
| 1-2 | Mail |
| ________ | Overnight Delivery Service |
| ________ | Fax (include fax number in address) |
| 1-2 | E-Mail (include email in address) |

1. William J. Paatalo
   476 LaBrie Dr
   Whitefish, MT 59937
   bill.bpia@gmail.com
   *Plaintiff, Pro Se*

2. Gary Koeppel
   24685 Outlook Dr
   Carmel, CA 93923
   gkoeppel@icloud.com

/s/ Madison T.Y. Stone