IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE PAATALO, | 9:26–mc–01–DWM<br>ORDER |

Defendants having filed a second motion to compel in this matter, (*see* Doc. 39), and that motion impacting time-sensitive matters proceeding in the Northern District of California,

IT IS ORDERED that Plaintiff William Paatalo must respond to the motion by 5:00 p.m. on May 14, 2026.

IT IS FURTHER ORDERED that, this matter requiring immediate attention, the United States Marshals Service shall promptly serve this Order and Defendants' motion and brief, (Docs. 39–41), in person at the following address:

Willaim J. Paatalo
476 LaBrie Dr.
Whitefish, MT 59937.

DATED this 11th day of May, 2026.

Donald W. Molloy, District Judge
United States District Court