IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| IN RE PAATALO, | 9:26–mc–01–DWM<br><br>ORDER |

Defendants having filed a second motion to compel in this matter, (*see* Doc. 39),

IT IS ORDERED that on or before May 13, 2026, Defendants must file a notice in the case docket outlining their proposal for the forensic examination of Plaintiff William Paatalo's computer and/or Gmail account, specifically addressing who will perform the examination, where it will occur, the putative process, and the precise scope of the review.

DATED this ___ day of May, 2026.

Donald W. Molloy, District Judge
United States District Court