IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE PAATALO, | 9:26–mc–01–DWM<br>ORDER |

On May 8, 2026, Defendants filed a second motion to compel in this matter, requesting an order directing nonparty witness William Paatalo to allow a forensic examination of his Gmail accounts and to cooperate with Defendants in providing access for a data extraction of all emails and communications responsive to Defendants' document subpoena, (Doc. 3-5). (Doc. 39.) Paatalo objects, insisting that he has fully complied with the subpoena. (Doc. 47.) A motion hearing was held on May 18, 2026. Despite mailed notice, Paatalo did not appear at that hearing. Having considered the parties' filings and Paatalo's nonappearance,

IT IS ORDERED that:

(1) Defendants' second motion to compel (Doc. 39) is GRANTED. Paatalo must provide his email passwords and logins and any external storage devices and/or computers upon which documents or emails may be stored to Defendants for a forensic evaluation by 12:00 p.m. on May 22, 2026. Paatalo must cooperate with Defendants and their forensic expert in both the retrieval of and access to the information. Defendants must perform their digital evaluation within

fourteen (14) days of receiving Paatalo's login information/devices, and return any physical property to him by that same date.

(2) Paatalo is under a continuing duty to preserve all Electronically Stored Information. Until the forensic evaluation has been completed, he may not delete, archive, or overwrite any documents or correspondence.

(3) A contempt hearing is set for May 21, 2026, at 1:30 p.m. at the Russell Smith Federal Courthouse in Missoula, Montana. Paatalo's presence is required at that hearing. The failure to appear will result in the issuance of an arrest warrant.

(4) Because this matter requires immediate attention, the United States Marshals Service shall promptly serve this Order in person at the following address:

William J. Paatalo
476 LaBrie Dr.
Whitefish, MT 59937.

DATED this 18th day of May, 2026.

Donald W. Molloy, District Judge
United States District Court