IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE PAATALO, | 9:26–mc–01–DWM<br><br>ORDER |

After nonparty witness William Paatalo failed to appear for a motion hearing on May 18, 2026, Defendants' second motion to compel, (Doc. 39), was granted and Paatalo was ordered to provide his email passwords and logins and any external storage devices and/or computers upon which documents or emails may be stored to Defendants for a forensic evaluation by 12:00 p.m. on May 22, 2026. (Doc. 29.) A contempt hearing was then held on May 21, 2026. At that hearing, Paatalo testified as to his compliance efforts and the parties discussed the parameters of the forensic evaluation. While Paatalo's testimony did not assuage the Court's concerns regarding his compliance, it would benefit both the parties and the Court if the parties could agree to some reasonable limitations on, and potential safeguards for, the ordered forensic evaluation. *See* Fed. R. Civ. P. 1. However, this is not an opportunity for Paatalo to relitigate his waived objections to the subpoena.

Accordingly, IT IS ORDERED that the May 22, 2026 disclosure deadline is WITHDRAWN. While a forensic evaluation remains ordered, the parties are to

confer in person regarding the parameters of that evaluation on or before May 26, 2026. The parties must then submit a joint proposed protocol based on that meeting by 5:00 p.m. on May 27, 2026. To the extent there are specific areas of continued disagreement, the parties must identify those issues in their joint proposal to be resolved by the Court. A disclosure deadline will be set after the joint filing has been reviewed.

DATED this 21st day of May, 2026.

Donald W. Molloy, District Judge
United States District Court