RIMKUS




# Josh Lorencz

Principal Consultant – Digital Forensics

100 Plaza Pl, Suite 300, PMB# 62
Northlake, TX 76226

(713) 931-0811

josh.lorencz@rimkus.com


## Background

Mr. Josh Lorencz, a seasoned leader in digital forensic consulting, brings a degree in finance with over 1,100 hours of advanced digital forensics training. Certified by the National Computer Forensics Institute, Cellebrite, Magnet Forensics, and the International Association of Computer Investigative Specialists (IACIS) as a Mobile Device Examiner, he excels in mobile forensics, cell site location analysis, call detail records, cloud investigations, and data recovery. As a retired Simi Valley Police Department Detective, Mr. Lorencz built a forensics lab and led complex investigations into financial crimes, auto theft crews, crimes against children, and criminal enterprises, including foreign-based residential burglary crews, merging 16 years of law enforcement investigative experience with digital forensics.

Since 2021, Mr. Lorencz has provided consulting services for businesses and attorneys on a wide spectrum of civil investigations with a focus on trucking collisions, as well as criminal cases, offering expert testimony and strategic insights to clients drawn from his wealth of knowledge in investigations, including advanced case analysis, evidence interpretation, and investigative methodologies. As an IACIS instructor, he provided training to students from all over the world. He educates lawyers and insurers on cell phone forensics and speaks to middle and high school children about cell phone safety. His unique skill set drives innovative, business-focused forensic solutions.

## Professional Experience

- **Rimkus** **2025 – Present**
  - Principal Consultant – Digital Forensics
    Brings seasoned leadership in digital forensic consulting, merging 16 years of law enforcement investigative experience with digital forensics. Provides consulting services for businesses and attorneys on trucking collisions and criminal cases, offering expert testimony and strategic insights. Develops innovative business-focused forensic solutions.

- **Envista Forensics** **2021 – 2025**
  - Sr. Digital Forensics Examiner
    Worked with clients to help them better understand digital evidence pertaining to their matters in criminal, civil, and internal cases. Provided case analysis, examination, and expert testimony in local, state, and

federal courts. Served as IACIS instructor, delivering instruction to digital forensic professionals worldwide in Mobile Device Forensics.

- **Simi Valley Police Department** **2005 – 2021**
  - Detective (2014-2021)
    Handled investigations including complex financial crimes, residential burglary series, internet crimes against children, auto theft crimes, and special interest investigations. Selected to assume responsibilities for all computer and cell phone forensics for the department. Built out The Simi Valley Police Department Computer Forensics Lab. Assigned as department representative to the Southern California High Tech Taskforce.

  - Senior Police Officer (2010-2014)
    Promoted to a supervisory role responsible for training new and lateral officers. Conducted detailed daily performance evaluations and computer systems training and ensured trainee competency in all patrol operations. Developed a new "Community Liaison Officer" position implemented by the Chief of Police.

  - Gang Enforcement Officer (2007-2009)
    Served in the Special Problems Section, conducting complex gang, graffiti, and quality of life investigations. Wrote the first known social media search warrant in the agency's existence (MySpace.com). Handled several long-term investigations resulting in arrests and prosecutions.

  - Police Officer (2005-2007)
    Handled calls for service, focused on communication skills, law enforcement, crime deterrence, and investigation documentation. Quickly recognized for dedication and hard work.

- **Countrywide** **2003 – 2005**
  - Financial Analyst
    Senior Finance Analyst overseeing servicing of a billion-dollar residential loan portfolio. Automated loan servicing and formulated procedures for newly formed unit.

## Education and Certifications

- **Finance, Option-Real Estate, B.S.:** California State University, Northridge (2002)
- **Associate of Arts:** Moorpark Junior College (1999)
- **California P.O.S.T. Academy Graduate:** Los Angeles County Sheriff's Department (2005)
- **Texas Licensed Private Investigator:** #01076364
- **National Computer Forensics Institute:** Basic Mobile Device Examiner
- **International Association of Computer Investigative Specialists:** Certified Mobile Device Examiner (ICMDE)
- **Cellebrite Certifications:** Cellebrite Certified Mobile Examiner (CCME); Cellebrite Certified Premium Operator (CCPO); Cellebrite Certified Operator (CCO); Cellebrite Certified Physical Analyst (CCPA); Cellebrite Certified Repair Technician (CERT-F); Cellebrite Advanced Smartphone Analysis (CASA)
- **Magnet Forensics:** Magnet Certified Forensic Examiner (MCFE); Magnet Certified Verakey Examiner (MCVE); Axiom Advanced Mobile Forensics (AX300); Axiom Core Mobile Acquisition and Analysis (AX150); Verakey Examinations (VK200); Axiom Examination (AX200); Forensic Fundamentals (AX100); Witness Digital Video Investigations (DV200)

- **Teracom Training Institute:** Certified Telecommunications Subject Matter Expert (CTSME); Certified Telecommunications Network Specialist (CTNS); Certified Telecommunications Analyst (CTA); Certified VOIP Analyst (CVA); Certified Wireless Analyst (CWA)

## Continuing Education

- **California Department of Justice:** Advanced Computer Forensics; Advanced Cellular Forensics; Computer Digital Evidence Recovery; Investigation of Internet Crimes; Basic Data Collections; High Tech Investigations; Specialized Investigative Tools

## Presentations

- **"Deep fakes and other tech stuff,"** 2023, IAJ Criminal Defense Annual Seminar – Iowa - April 27, 2023.
- **"KTX Image creation in timeline analysis,"** 2023 IACIS-Mobile Device Forensics - Orlando, Florida - May 1, 2023.
- **"Digital Forensics for Trucking Collisions,"** The Harmonie Group 2023 Transportation Seminar - Arkansas - June 21, 2023.
- **"Cell Phone Forensics and Case Study,"** Texas Public Service Teacher Association Summer Conference 2023 - Irving, Texas - June 29, 2023.
- **"Digital Forensics for Trucking Collisions,"** The Harmonie Group 2023 Transportation Seminar - Denver, Colorado - August 9, 2023.
- **"Preserving and Using Cell Phone Data,"** CSVL Annual General Liability and Insurance Coverage Seminar - Atlanta, Georgia - October 25, 2023.
- **"Cell Phone Forensics and Case Study. Ethics in Digital Forensics,"** Dallas Baptist University, Institute for Criminal Justice Leadership - Dallas, Texas - February 22, 2024.
- **"Digital Forensics for Claims Professionals,"** Liberty Mutual Insurance - Plano, Texas - March 27, 2024.
- **"Cell Phone Forensics and Case Study,"** North Carolina Central University School of Law - Durham, North Carolina - April 11, 2024.
- **"Digital Forensics for Claims Professionals,"** North Texas Chapter of Special Investigation Units 2024 Fraud Seminar - Celina, Texas - May 14, 2024.
- **"Cell Phone Forensics for Legal Professionals,"** Cozen O'Connor CLE - Dallas, Texas - September 16, 2024.
- **"Cell Phone Investigations: Preservation, Forensic Examinations and Admissibility,"** Sports & Entertainment Risk Management Alliance Seminar - Dallas, Texas - September 19, 2024.
- **"Digital Forensics for Fraud Investigators CLE,"** Association of Certified Fraud Examiners (ACFE) Houston Chapter - Houston, Texas - October 9, 2024.
- Webinar – **"Digital Forensics in Collision Matters,"** Caldwell Wenzel & Asthana P.C., Mobile, Alabama - February 4, 2025.
- **"After the crash: the application of digital forensics in motor vehicle collisions,"** Magnet User Summit (MUS 2025) - Nashville, Tennessee - March 18, 2025.
- **"David Becomes Goliath: The New Frontier of Plaintiffs' Litigation,"** (Panelist) CLM Forensic Focus - Nashville, Tennessee – June 13, 2025.
- **"Implementing A First-Class Rapid Response Program,"** Iowa Motor Truck Association (Panelist) - Des Moines, Iowa - September 11, 2025.
- **"Cell Phone Forensics for Trucking Defense - From Rapid Response to the Courtroom,"** Trucking Defense Advocacy Council (TDAC) - Fayetteville, Arkansas - September 25, 2025.

- **"Cell Phone Forensics for Trucking Defense - From Rapid Response to the Courtroom,"** National Truck and Heavy Equipment Claims Council Fall Meeting (NTHECC) - Norfolk, Virginia - October 4, 2025.
- **"Cell Phone Forensics for Trucking Defense - From Rapid Response to the Courtroom,"** Great West Casualty Company - Webinar - South Sioux City, Nebraska - October 8, 2025.
- **"Cell Phone Forensics for Trucking Defense - From Rapid Response to the Courtroom,"** North Carolina Association of Defense Attorneys (NCADA) - Winston-Salem, North Carolina - October 10, 2025.
- **"Cell Phone Forensics for Claims Adjusters- From Rapid Response to the Courtroom,"** Anchor General Insurance Company- Webinar- San Diego, California- March 10, 2026.
- **"Cell Phone Forensics for Trucking Defense - From Rapid Response to the Courtroom,"** Los Angeles Paralegals Association-Webinar- Los Angeles, California- March 16, 2026.
- **"Cell Phone Forensics for Trucking Defense - From Rapid Response to the Courtroom,"** Transportation Committee of the International Association of Defense Counsel (IADC)- Webinar- March 19,2026