Gunnar O. Boose
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
goboose@garlington.com

Jessica R. MacGregor (*Pro Hac Vice*)
465 California St, 5th Floor
San Francisco, CA 94104
Phone (415) 397-2222
Fax (415) 397-6392
jmacgregor@longlevit.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In re Subpoena to:<br><br>WILLIAM PAATALO,<br>Non-Party Movant | 9:26-MC-00001-KLD<br><br>FOUNDATIONAL DECLARATION OF GUNNAR O. BOOSE |

I, Gunnar O. Boose, declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. I am an attorney with the firm of Garlington, Lohn & Robinson, PLLP, who has been retained to represent Steven Wilker and Tonkon Torp, LLP (collectively "Defendants") in this matter. I provide this Foundational Declaration

for the limited purpose of authenticating documents submitted in support of the Notice of Revised Protocol for Forensic Examination of ESI. I am counsel for Defendants.

2. On May 26, 2026, I met with William Paatalo ("Mr. Paatalo") to negotiate appropriate limitations and safeguards for documents and communications which would be provided to Defendants pursuant to a forensic examination of Mr. Paatalo's email accounts and computers.

3. Following the in-person meeting with Mr. Paatalo and multiple email communications, there remain several items on which the parties have not come to an agreement.

4. Attached hereto as Exhibit A are true and correct copies of multiple email communications between Gunnar O. Boose and William Paatalo regarding the Revised Proposed Protocol for Forensic Examination of ESI dated May 27, 2026.

5. Attached hereto as Exhibit B are true and correct copies of additional email communications between Gunnar O. Boose and William Paatalo on May, 27, 2026 regarding the Revised Proposed Protocol for Forensic Examination of ESI.

DATED this 27th day of May, 2026.

/s/ Gunnar O. Boose
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, a copy of the foregoing document was served on the following persons by the following means:

________ Hand Delivery
___1___ Mail
________ Overnight Delivery Service
________ Fax (include fax number in address)
___1___ E-Mail (include email in address)

1. William J. Paatalo
476 LaBrie Dr
Whitefish, MT 59937
bill.bpia@gmail.com
*Plaintiff, Pro Se*

/s/ Madison T.Y. Stone