William J. Paatalo –
Non-Party Witness
476 LaBrie Drive
Whitefish, MT 59937
(406) 309-1812
Bill.bpia@gmail.com

FILED

MAY 28 2026
Clerk, U.S. Courts
District of Montana
Missoula Division

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| In re Subpoena to:<br><br>WILLIAM PAATALO,<br><br>Non-Party. | Misc. Case No. 9:26-MC-00001-KLD<br><br>**DECLARATION OF WILLIAM J. PAATALO** |

I, William J. Paatalo, Pro Se, being duly sworn, declares as follows:

1. I am the Non-Party subject to the subpoena and proposed forensic protocol at issue in the above-captioned matter. I make this declaration based upon my personal knowledge.

2. Following the Court's recent hearing and Order directing the parties to meet and confer regarding proposed protocol limitations and safeguards, I participated in both in-person and written conferral discussions with counsel for Defendants concerning the scope of the proposed forensic examination, proposed search architecture, exclusionary terms, and proposed confidentiality safeguards.

3. Throughout the conferral process, it was my understanding that the Court's Order referencing the "joint proposal" contemplated a single filing identifying the parties' areas of agreement, unresolved disputes, and respective positions concerning the remaining protocol and protective-order issues, and that such proposal would be circulated to both sides for review and approval prior to filing.

4. Consistent with that understanding, I continued participating in the conferral process and provided proposed narrowing concepts, contextual search limitations, exclusionary terms, and proposed revisions to the draft protective order while awaiting circulation of the anticipated joint proposal.

5. No draft joint proposal was circulated to me for review or approval prior to Defendants' unilateral filing on May 27, 2026.

6. Because I was operating under the understanding that a joint proposal would be prepared and circulated through the conferral process, I was not

simultaneously preparing a separate standalone filing duplicating the same protocol history, unresolved disputes, proposed safeguards, and supporting materials. As a result, when no draft joint proposal was circulated prior to filing, I was left without a finalized independent submission prepared for immediate filing before the deadline expired.

7. Attached hereto as Exhibit A are true and correct copies of my proposed revisions and additions to the draft protective order exchanged during the conferral process.

8. Attached hereto as Exhibit B are true and correct sample search results demonstrating the volume of search hits generated by certain broad standalone mortgage-industry search terms discussed during the conferral process.

9. Those sample searches were provided during the conferral process to demonstrate my concern that broad standalone search terms, when searched independently across approximately fifteen years of professional and investigative materials, generate extraordinarily large search populations absent meaningful contextual limitations, Boolean pairing, proximity restrictions, operative timeframe limitations, exclusionary terms, or similar narrowing mechanisms.

10. I respectfully submit this declaration so that the Court has a complete understanding of the procedural circumstances surrounding the conferral process, the unilateral filing of Defendants' revised proposal, and the purpose of Exhibits A and B attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 28th day of May, 2026.

William J. Paatalo
Non-Party Witness – Pro Se