# EXHIBIT B


MERS
From
Any time
Has attachment
To
Advanced search
Most recent
Janice Dysinger
Inbox
Mortgage fraud investigation.


Mortgage Electronic Registration Systems
From
Any time
Has attachment
To
Advanced search
Most recent
me
Case Referral - Denise Krawczyk