IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE PAATALO, | 9:26–mc–01–DWM<br>ORDER |

On June 23, 2026, Defendants notified the Court that the underlying matter in the Northern District of California had settled, obviating the need for the discovery subject to the disputed subpoena in this case. (Doc. 68.)

Accordingly, IT IS ORDERED that the order subjecting nonparty witness William J. Paatalo's communications and devices to forensic examination, (Docs. 64, 67), is WITHDRAWN.

IT IS FURTHER ORDERED that the Clerk is directed to close this case.

DATED this 13th day of July, 2026.

Donald W. Molloy, District Judge
United States District Court